USDC UT Approved 06/06/00    Revised 01/20/04

# United States District Court
## District of Utah

**FILED**
CLERK, U.S. DISTRICT COURT
MAR 23 P 4: 53
DISTRICT OF UTAH
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| vs. | (For Offenses Committed On or After November 1, 1987) |

**Terri Michele Anderson**

aka Terri Crockett

aka Terri Tippets

Case Number: **1:04-cr-00084-001 PGC**

Plaintiff Attorney: **Paul Amann**

Defendant Attorney: **Vanessa Ramos**

Atty: CJA ___  Ret ___  FPD **X**

Defendant's Soc. Sec. No.: **3620**

Defendant's Date of Birth: **1975**

Defendant's USM No.: **11578-081**

**03/21/2005**
Date of Imposition of Sentence

Defendant's Residence Address:

Logan, Ut 84321

Country  USA

Defendant's Mailing Address:

same

Country  USA

THE DEFENDANT:
- [X] pleaded guilty to count(s)  **5 and 6 of the Indictment**
- [ ] pleaded nolo contendere to count(s) ___ which was accepted by the court.
- [ ] was found guilty on count(s) ___

COP  **11/19/2004**  Verdict ___

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 18 USC § 2251(a) | Sexual Exploitation of Children | 5, 6 |

Entered on docket
3-24-05  by:
_____
Deputy Clerk

- [ ] The defendant has been found not guilty on count(s) ___
- [X] Count(s)  **1 - 4 of the Indictment**  (is)(are) dismissed on the motion of the United States.

## SENTENCE

Pursuant to the Sentencing Reform Act of 1984, it is the judgment and order of the Court that the defendant be committed to the custody of the United States Bureau of Prisons for a term of **151 months**

Upon release from confinement, the defendant shall be placed on supervised release for a term of **60 months**.

- [ ] The defendant is placed on Probation for a period of ___
The defendant shall not illegally possess a controlled substance.



*For offenses committed on or after September 13, 1994:*

> The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as directed by the probation officer.

☐ The above drug testing condition is suspended based on the court's determination that the defendant possesses a low risk of future substance abuse. (Check if applicable.)

### SPECIAL CONDITIONS OF SUPERVISED RELEASE/PROBATION

In addition to all Standard Conditions of (Supervised Release or Probation) set forth in PROBATION FORM 7A, the following Special Conditions are imposed: (see attachment if necessary)

1. The defendant shall register with the state sex offender registration agency in any state where the defendant resides, is employed, carries on a vocation, or is a student, as directed by the USPO. The Court orders that the pre-sentence report may be released to the state agency for purposes of sex offender registration.

2. The defendant shall participate in a mental health and/or sex-offender treatment program as directed by the USPO.

3. The defendant shall not possess or use a computer with access to any on-line computer service without the prior written approval of the Court. This includes any Internet service provider, bulletin board system, or any other public or private computer network. Any approval by the Court shall be subject to the conditions set by the Court or the USPO. In addition, the defendant shall: (A) Not possess or use any public or private data encryption technique or program, and (B) Consent to having installed on her computer(s) any hardware or software systems to monitor her computer usage.

4. The defendant shall have no contact with the victims by correspondence, telephone, in person or by any other means while incarcerated, or on supervised release, until the State Court has reached a decision on parental rights, and afterward no contact unless specifically approved by the State Court.

5. The defendant is restricted from visitation with individuals who are under 18 years of age without adult supervision as approved by the USPO.

6. The defendant shall submit to the collection of a DNA sample as directed by the BOP or the USPO.

### CRIMINAL MONETARY PENALTIES

### FINE

The defendant shall pay a fine in the amount of   $ _____ , payable as follows:
☐ forthwith.

☐ in accordance with the Bureau of Prison's Financial Responsibility Program while incarcerated and thereafter pursuant to a schedule established by the U.S. Probation office, based upon the defendant's ability to pay and with the approval of the court.

☐ in accordance with a schedule established by the U.S. Probation office, based upon the defendant's ability to pay and with the approval of the court.

☒ other:
**No Fine Imposed**

☐ The defendant shall pay interest on any fine more than $2,500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f).

☐ The court determines that the defendant does not have the ability to pay interest and pursuant to 18 U.S.C. § 3612(f)(3), **it is ordered that:**

  ☐ The interest requirement is waived.

  ☐ The interest requirement is modified as follows:

## RESTITUTION

**The defendant shall make restitution to the following payees in the amounts listed below:**

| Name and Address of Payee | Amount of Loss | Amount of Restitution Ordered |
|---|---|---|
| Utah Office of Crime Victims Reparation<br>350 East 500 South, Suite 200<br>Salt Lake City, UT 84111 | 655.22 | 655.22 |
| **Totals:** | $ 655.22 | $ 655.22 |

(*See* attachment if necessary.) All restitution payments must be made through the Clerk of Court, unless directed otherwise. If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless otherwise specified.

☒ Restitution is payable as follows:

  ☐ in accordance with a schedule established by the U.S. Probation Office, based upon the defendant's ability to pay and with the approval of the court.

  ☒ other:
  **at the rate of $25.00 a quarter while incarcerated and a minimum of $100.00 a month upon release from incarceration**

☒ The defendant having been convicted of an offense described in 18 U.S.C. § 3663A(c) and committed on or after 04/25/1996, determination of mandatory restitution is continued until **06/20/2005** pursuant to 18 U.S.C. § 3664(d)(5)(not to exceed 90 days after sentencing).
  ☒ An Amended Judgment in a Criminal Case will be entered after such determination

Defendant: Terri Michele Anderson  Page 4 of 5
Case Number: 1:04-cr-00084-001 PGC

## SPECIAL ASSESSMENT

The defendant shall pay a special assessment in the amount of $ __200.00__, payable as follows:
☒ forthwith.
☐ _____

**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid

## PRESENTENCE REPORT/OBJECTIONS

The court adopts the factual findings and guidelines application recommended in the presentence report except as otherwise stated in open court.

## RECOMMENDATION

☒ Pursuant to 18 U.S.C. § 3621(b)(4), the Court makes the following recommendations to the Bureau of Prisons:
**Placement in a facility as close to Utah as possible to facilitate family visitation and participation in a sex offender treatment program.**

## CUSTODY/SURRENDER

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district at _____ on _____.

☐ The defendant shall report to the institution designated by the Bureau of Prisons by _____ Institution's local time, on _____.

DATE: 3/23/05

Paul Cassell
**United States District Judge**

Defendant: Terri Michele Anderson  
Case Number: 1:04-cr-00084-001 PGC

Page 5 of 5

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____  
UNITED STATES MARSHAL

By _____  
Deputy U.S. Marshal

tsh

United States District Court
for the
District of Utah
March 24, 2005

* * CERTIFICATE OF SERVICE OF CLERK * *

Re:   1:04-cr-00084

True and correct copies of the attached were either mailed, faxed or e-mailed by the clerk to the following:

```
Paul G. Amann, Esq.
UTAH ATTORNEY GENERAL'S OFFICE
CHILDREN'S JUSTICE DIVISION
5272 COLLEGE DR STE 200
SALT LAKE CITY, UT  84123
EMAIL

Vanessa M. Ramos-Smith, Esq.
UTAH FEDERAL DEFENDER OFFICE
46 W BROADWAY STE 110
SALT LAKE CITY, UT  84101
EMAIL

Jon D. Williams, Esq.
8 E BROADWAY STE 500
SALT LAKE CITY, UT  84111
EMAIL

United States Marshal Service
DISTRICT OF UTAH
,
EMAIL

US Probation
DISTRICT OF UTAH
,
EMAIL
```